UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS ANTHONY GARZON<br><br>Defendant. | ORDER<br><br>CRIMINAL CASE #:   19-mj-01583-DEA |

     Whereas on August 24, 2020, Defendant FRANCIS ANTHONY GARZON who is currently on home detention, filed a Motion in this matter, requesting permission to spend time with his family on Labor Day September 7, 2020 at the family's residence 579 Harris Drivem Rahway, NJ 07065. Based upon conversations held via a teleconference on August 27, 2020, it is hereby

     ORDERED, that the current condition of home detention is modified in order to permit Defendant to travel to his family's residence on September 7, 2020, from 1:00 pm to 8:00pm, inclusive of travel time; that Defendant must be escorted by the Third Party Custodian, Fanny Garzon directly to and from the family residence and that he must remain at the residence for the entire duration of this visit.

SO ORDERED, this  28th  day of  August , 2020

                                                             s/DOUGLAS E. ARPERT
                                                         Hon. Douglas E. Arpert
                                                United States Magistrate Judge