UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff,<br><br>                    v.<br><br>FRANCIS ANTHONY GARZON<br><br>                              Defendant. | ORDER<br><br>CRIMINAL CASE #:      19-mj-01583-DEA |

    Whereas on November 17, 2020, Defendant FRANCIS ANTHONY GARZON who is currently on home detention, filed a Motion in this matter, requesting permission to spend time with his family on Thanksgiving Day November 26, 2020 at the family's residence 579 Harris Drive, Rahway, NJ 07065. Based upon the Motion filed on November 17, 2020, it is hereby

    ORDERED, that the current condition of home detention is modified in order to permit Defendant to travel to his family's residence on November 26, 2020, from 1:00 pm to 9:00pm, inclusive of travel time; that Defendant must be escorted by the Third Party Custodian, Fanny Garzon directly to and from the family residence and that he must remain at the residence for the entire duration of this visit.

SO ORDERED, this 23rd day of Nov, 2020

                                                       Hon. Douglas E. Arpert
                                                       United States Magistrate Judge